# Court of Appeals
# of the State of Georgia

ATLANTA,  April 05, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1242. THEODORE JACKSON v. THE STATE.

The appellant in this case has failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rules 13 and 23 (a), regarding the filing of an enumeration of errors and brief within twenty days after the appeal was docketed.

The enumeration of errors and brief were initially due on February 4, 2019. On February 27, 2019, this Court ordered the appellant to file an enumeration of errors and brief no later than March 19, 2019. As of the date of this order, sixty-one days after the enumeration of errors and brief were initially due, the appellant still has not filed and there has been no extension request. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rule 23 (a).



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  04/05/2019
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.